1  **[NAMES AND ADDRESSES OF COUNSEL APPEAR ON NEXT PAGE]**

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  LIGHTING SCIENCE GROUP CORPORATION, LED HOLDINGS, LLC, and

12  LED EFFECTS, INC.,

13                          Plaintiff,

14          v.

15  KONINKLIJKE PHILIPS ELECTRONICS N.V., PHILIPS ELECTRONICS NORTH AMERICA

16  CORPORATION, PHILIPS SOLID-STATE LIGHTING SOLUTIONS, INC. as successor to

17  COLOR KINETICS INC., and DOES 1-50, inclusive,

18

19                          Defendants.

No.   2:08-CV-00761-LKK-JFM

**STIPULATION AND ORDER RE SCHEDULING**

Judge:  Hon.  Lawrence K. Karlton

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com

1    RORY J. RADDING (*Pro Hac Vice*)
     E-mail: RRadding@mofo.com
2    SHERMAN W. KAHN (State Bar No.
     168924)
3    E-mail: SKahn@mofo.com
     MORRISON & FOERSTER, LLP
4    1290 Avenue of the Americas
     New York, NY 10404
5    Telephone: (212) 468-8000

6    WILLIAM L. STERN (State Bar No. 96105)
     E-mail: WStern@mofo.com
7    SARAH E. GRISWOLD (State Bar No.
     240326)
8    E-mail: SGriswold@mofo.com
     MORRISON & FOERSTER, LLP
9    425 Market Street
     San Francisco, CA 94105-2482
10   Telephone: (415) 268-7000

11   J. MICHAEL STUSIAK (State Bar No. 142952)
     E-mail: MStusiak @mofo.com
12   MORRISON & FOERSTER, LLP
     400 Capitol Mall, Suite 2600
13   Sacramento, California 95814
     Telephone:  (916) 448-3200
14

15   Attorneys for Plaintiffs
     LIGHTING SCIENCE GROUP
     CORPORATION, LED HOLDINGS, LLC,
16   and LED EFFECTS, INC.

MICHAEL H. STEINBERG (SBN 134179)
steinbergm@sullcrom.com
EDWARD E. JOHNSON (SBN 241065)
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 712-6600
Facsimile:  (310) 712-8800

RICHARD J.L. LOMUSCIO (admitted *pro hac vice*)
lomuscior@sullcrom.com
MATTHEW A. SCHWARTZ (admitted *pro hac vice*)
schwartzmatthew@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York, 10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588

Attorneys for Defendants
KONINKLIJKE PHILIPS ELECTRONICS
N.V., PHILIPS ELECTRONICS NORTH
AMERICA CORPORATION and PHILIPS
SOLID-STATE LIGHTING SOLUTIONS,
INC.

17

18       Plaintiffs Lighting Science Group Corporation, LED Holdings, LLC, and LED Effects,

19   Inc. ("Plaintiffs') and defendants Koninklijke Philips Electronics, N.V., Philips Electronics North

20   America Corporation, and Philips Solid-State Lighting Solutions, Inc.  ("Defendants"), through

21   their counsel who have signed below, propose and respectfully ask the Court to enter the

22   following schedule with respect to the four motions that are currently pending:

23       WHEREAS, the parties have filed a number of motions, all scheduled for either May 19,

24   2008 or June 2, 2008;

25       WHEREAS, federal jurisdiction (Plaintiffs' motion to remand) and venue (Defendants'

26   motion to transfer venue or stay) present threshold issues that should be decided first, on May 19,

27   2008;

28

CASE NO. 2:08-CV-00761-LKK-JFM
STIP. AND ORDER RE SCHEDULING
sf-2511427

1

PDF created with pdfFactory trial version www.pdffactory.com

1    WHEREAS, the other pending motions should be heard at a later date, since this Court

2  would reach those motions if, and only if, it were to deny both of the "May 20" motions;

3    WHEREAS, this Stipulation is being entered for reasons of efficiency and case

4  management and neither Plaintiffs nor Defendants waive any rights or shall be prejudiced by

5  entering into this Stipulation,

6    THEREFORE , the parties propose that the Court adopt the following hearing schedule:

7    1.    Plaintiffs' motion for remand (Docket #17) and Defendants' motion to transfer

8  venue or stay (Docket ##14, 19-26) shall be heard on May 20, 2008 at 11:00 a.m.  Defendants'

9  opposition to the motion to remand is at Docket #36, and Plaintiffs' opposition to the motion to

10  transfer venue or stay is at Docket ##31, 32.  Each party shall file and serve their reply papers by

11  May 12, 2008.  By entering into this Stipulation, the parties do not acknowledge which of the

12  "May 20" motions should be addressed first.  The parties reserve all their respective rights to

13  argue that the Transfer Motion should be heard in advance of the Remand motion, and vice versa.

14    2.    Note, however, that the "alternative" portion of Docket #17 (for preliminary

15  injunction) shall not be heard on May 19, 2008 but, rather, shall be continued to June 16, 2008, as

16  set forth below.

17    3.    All other motions shall be re-noticed for hearing on June 16, 2008 at 10:00 a.m.

18  These motions are: (a) Plaintiffs' motion for preliminary injunction (the alternative portion of

19  Docket #17), (b) Defendant Koninklijke Philips Electronics, N.V.'s motion for lack of

20  jurisdiction (Docket #35), and (c) Defendants Philips Electronics North America Corporation's

21  and Philips Solid-State Lighting Solutions, Inc.'s motion to dismiss pursuant to Rule 12(b)(6)

22  (Docket #37) (the "June 16 Motions").

23    4.    Opposition papers to the June 16 Motions shall be served and filed by May 27,

24  2008, and reply papers to the June 16 Motions shall be served and filed by June 9, 2008.

25    5.    Upon the Court's entry of this Stipulation and Order, Defendants' Request for

26  Designation of Counter-Motion Pursuant to Local Rule 78-230(e) and Continuance of Hearing on

27  Plaintiffs' Motion for Preliminary Injunction Until June 2, 2008 (Docket #40) is superseded by

28  this Stipulation and order and shall be, and hereby is, withdrawn.

PDF created with pdfFactory trial version www.pdffactory.com

1

2     Dated: May 6, 2008                    MORRISON & FOERSTER LLP

3

4                                           By:  /s/
                                               William L. Stern
5
                                               Attorneys for Plaintiffs
6                                           LIGHTING SCIENCE GROUP CORPORATION,
                                            LED HOLDINGS, LLC, and LED EFFECTS, INC.

7     Dated: May 6, 2008                     SULLIVAN & CROMWELL LLP

8

9                                           By:  /s/
                                               Michael H. Steinberg
10
                                               Attorneys for Defendants
11                                          KONINKLIJKE PHILIPS ELECTRONICS N.V.,
                                            PHILIPS ELECTRONICS NORTH AMERICA
12                                          CORPORATION and PHILIPS SOLID-STATE
                                            LIGHTING SOLUTIONS, INC.
13

14
              I, William L. Stern, am the ECF user whose ID and password are being used to file this
15
      Stipulation And Order Re Scheduling.  I hereby attest that Michael H. Steinberg has concurred in
16
      this filing.
17

18
      IT IS SO ORDERED:
19
                                            LAWRENCE K. KARLTON
20    Dated: May 8, 2008                    SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT
21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com