UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIGHTING SCIENCE GROUP CORPORATION, LED HOLDINGS, LLC, and LED EFFECTS, INC.,

    Plaintiff,

  v.

KONINKLIJKE PHILIPS ELECTRONICS N.V., PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, PHILIPS SOLID-STATE LIGHTING SOLUTIONS, INC. as successor to COLOR KINETICS, INC., and DOES 1-50, inclusive,

    Defendants.
_____/

NO. CIV. S-08-761 LKK/JFM

O R D E R

    The parties have stipulated to the sealing of certain documents filed with the notice of removal in this case. Having reviewed the documents in question, the court finds good cause to file the requested documents under seal. See Kamakana v. City & County of Honolulu, 447 F.3d 1172, 1180 (9th Cir. 2006).

    Accordingly, the Clerk shall file the following documents

1

under seal:

(1) Exhibit A ("Complaint") to Notice of Removal (Docket No. 1), paragraphs 29, 40, 48, 50, 62;

(2) Exhibit C ("First Amended Complaint") to Notice of Removal (Docket No. 1), paragraphs 30, 41, 49, 51, 53;

(3) Exhibit E ("Declaration of Steven Wacaster") to Notice of Removal (Docket No. 1), paragraphs 8, 15 and Exhibits A, B to that declaration; and

(4) Exhibit E ("Declaration of Kevin Furry") to Notice of Removal (Docket No. 1), paragraph 16.

IT IS SO ORDERED.

DATED: May 22, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT